# USERY & ASSOCIATES

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/1/2023

LISA SZCZEPANSKI, ESQ.
Admitted in NY

MAILING ADDRESS:
P.O. BOX 2996
HARTFORD, CT 06104

Tel.: (917) 778-6680
Fax: (844) 571-3789

**MEMORANDUM ENDORSED**

October 31, 2023

<u>**Via ECF**</u>
Hon. Gregory H. Woods
U.S. District Court for the Southern District of New York
500 Pearl St., Rm. 2260
New York, NY 10007

Direct Dial: (917) 778-6763
E-Mail: lszczepa@travelers.com

    Re:    *The Travelers Indemnity Company of America v. Wesco Insurance Company*
           Case No. 1:23-cv-07884-GHW

Dear Judge Woods:

    This office represents plaintiff, The Travelers Indemnity Company of America ("Travelers") in connection with the above-referenced action. Pursuant to the Notice of Initial Pretrial Conference dated September 7, 2023 (Dkt. No. 7), the parties' joint letter and proposed Civil Case Management Plan and Scheduling Order are due today.

    To date, no appearance has been entered on behalf of defendant Wesco Insurance Company ("Wesco"). Service of the Summons, Complaint, and Notice of Initial Pretrial Conference was effectuated on Wesco on September 28, 2023 (*see* Dkt. Nos. 9, 9-1). On October 16, 2023, the undersigned sent courtesy copies of the Complaint and Notice of Initial Pretrial Conference to Wesco's representative, Ann McEntee, via e-mail. On October 26, 2023, Ms. McEntee requested that the undersigned consent to an extension of Wesco's time to answer the Complaint and advised that this matter was being referred to Wesco's coverage unit for handling.

    In light of the foregoing, the undersigned anticipates that counsel for Wesco will enter an appearance prior to the initial pretrial conference scheduled for November 7, 2023, and respectfully requests that the parties be permitted to submit a joint letter and proposed Civil Case Management Plan and Scheduling Order following the appearance of Wesco's counsel. No prior request has been made for the relief sought herein. Travelers is not requesting an adjournment of the initial pretrial conference at this time.

*Not a Partnership or Professional Corporation. All attorneys are employees of The Travelers Indemnity Company and its Property Casualty Affiliates.*

| CALIFORNIA OFFICE: | CONNECTICUT OFFICE: | NEW YORK OFFICE: | PENNSYLVANIA OFFICE: |
|---|---|---|---|
| 655 N. CENTRAL AVENUE | ONE TOWER SQUARE | 485 LEXINGTON AVENUE | 801 LAKEVIEW DRIVE |
| SUITE 1100 | MS04A-0000 | 6TH FLOOR | SUITE 301 |
| GLENDALE, CA 91203 | HARTFORD, CT 06183 | NEW YORK, NY 10017 | BLUE BELL, PA 19422 |

Thank you for Your Honor's attention and consideration.

Respectfully submitted,

Lisa Szczepanski

cc: Ann McEntee (*via e-mail*)

Application granted in part. The parties are directed to submit the joint letter and proposed Case Management Plan described in the Court's September 7, 2023 order, Dkt. No. 7, by no later than November 7, 2023. The initial pretrial trial conference previously scheduled for November 7, 2023 is adjourned to November 14, 2023 at 1:00 p.m. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 10.

SO ORDERED.

Dated: November 1, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge

*Not a Partnership or Professional Corporation. All attorneys are employees of The Travelers Indemnity Company and its Property Casualty Affiliates.*

| CALIFORNIA OFFICE: | CONNECTICUT OFFICE: | NEW YORK OFFICE: | PENNSYLVANIA OFFICE: |
|---|---|---|---|
| 655 N. CENTRAL AVENUE | ONE TOWER SQUARE | 485 LEXINGTON AVENUE | 801 LAKEVIEW DRIVE |
| SUITE 1100 | MS04A-0000 | 6TH FLOOR | SUITE 301 |
| GLENDALE, CA 91203 | HARTFORD, CT 06183 | NEW YORK, NY 10017 | BLUE BELL, PA 19422 |